Michele R. Stafford, Esq. (SBN 172509)
Shivani Nanda, Esq. (SBN 253891)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Tel: (415) 882-7900
Facsimile: (415) 882-9287
mstafford@sjlawcorp.com
snanda@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F. G. CROSTHWAITE, et al., | Case No.: C13-1065 JSW |
| Plaintiffs, | **PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** |
| v. | |
| LEGG, INC., a California corporation; ROBERT PAUL LEGG II, an individual; and LEONARD ANTHONY D'ORAZIO *aka* SKIP D'ORAZIO, an individual, | Date:       June 10, 2013<br>Time:       1:30 p.m.<br>Location:  450 Golden Gate Ave.<br>                San Francisco<br>Courtroom: 11, 19th Floor,<br>Judge:      Honorable Jeffrey S. White |
| Defendants. | |

Plaintiffs respectfully request that the Case Management Conference, currently on calendar for June 10, 2013, be continued for approximately 60 – 90 days. Good cause exists for the granting of the continuance, as follows:

1. As the Court's records will reflect, this action was filed on March 8, 2013.

2. Plaintiffs' counsel offered Defendants a payment plan to bring their account current, in the form of a Notice and Acknowledgment and Judgment Pursuant to Stipulation relative to all amounts currently known to be due and owing to Plaintiffs. Several emails were sent to Defendants requesting confirmation as to whether or not Defendants intended to enter into a payment plan, the most recent of which was sent on May 7, 2013, and requested Defendants' response by May 10, 2013. To date, Defendants have not responded.

3. On or about May 17, 2013, Plaintiffs provided the Summons, Complaint and

related documents to a process server with instructions to serve the documents on Defendants. The process server advised Plaintiffs' counsel that it made several attempts to serve Defendants, but service of process had not yet been accomplished, and attempts would continue.

4. Accordingly, Plaintiffs respectfully request that the Case Management Conference, currently scheduled for June 7, 2013, be continued for 60 - 90 days to allow for completion of service of process on Defendants, and for Defendants response.

5. There are no issues that need to be addressed by the parties at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Court continue the currently scheduled Case Management Conference.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 31st day of May, 2013, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION

By: _____/S/_____
Shivani Nanda
Attorneys for Plaintiffs

IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to __August 23, 2013__ at __1:30 p.m.__, and all previously set deadlines and dates related to this case are continued accordingly.

Date: __May 21, 2013__

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

-2-
**PROOF OF SERVICE**
Case No.: C13-1065 JSW

P:\CLIENTS\OE3CL\Legg, Inc\Pleadings\C13-1065 JSW - Request to Continue CMC 053113.doc