1  Michele R. Stafford, Esq. (SBN 172509)
   Shivani Nanda, Esq. (SBN 253891)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   Tel: (415) 882-7900
4  Facsimile: (415) 882-9287
   mstafford@sjlawcorp.com
5  snanda@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                  UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 F. G. CROSTHWAITE, et al.,              Case No.: C13-1065 JSW

11            Plaintiffs,                  **PLAINTIFFS' REQUEST TO CONTINUE
                                           CASE MANAGEMENT CONFERENCE;**
12       v.                                **[PROPOSED] ORDER THEREON**

13 LEGG, INC., a California corporation;   Date:       August 23, 2013
   ROBERT PAUL LEGG II, an individual; and Time:       1:30 p.m.
14 LEONARD ANTHONY D'ORAZIO *aka* SKIP     Location:   450 Golden Gate Ave.
   D'ORAZIO, an individual,                            San Francisco
15                                         Courtroom:  11, 19th Floor,
              Defendants.                  Judge:      Honorable Jeffrey S. White
16

17

18        Plaintiffs respectfully request that the Case Management Conference, currently on calendar

19 for August 23, 2013, be continued for approximately 60 – 90 days. Good cause exists for the

20 granting of the continuance, as follows:

21        1.    As the Court's records will reflect, this action was filed on March 8, 2013.

22        2.    The Court continued the previous Case Management Conference to allow for

23 completion of service of process on Defendants, and for Defendants' response.

24        3.    Since then, all Defendants were served and Proofs of Service were filed with the

25 Court. [Dkt. #9, 10 and 12]. Defendants have failed to plead or otherwise defend or appear in this

26 action to date, and the clerk entered Defendants' defaults on July 5, 2013. [Dkt. #15] The clerk's

27 notice of default entry was duly served on Defendants, and a Proof of Service was filed with the

28 Court on July 9, 2013. [Dkt. #16]

                                                                                   -1-
                                                          REQUEST TO CONTINUE CMC
                                                              Case No.: C13-1065 JSW

P:\CLIENTS\OE3CL\Legg, Inc\Pleadings\C13-1065 JSW - Request to Continue CMC 081613.doc

-2-

1    4.    Plaintiffs' counsel recently discovered that Defendant Legg, Inc. is no longer in

2  business, and are therefore evaluating and investigating whether to proceed with preparation of a

3  Motion for Default Judgment.

4    5.    Accordingly, Plaintiffs respectfully request that the Case Management Conference,

5  currently scheduled for August 23, 2013, be continued for 60 - 90 days. There are no issues that

6  need to be addressed by the parties at the currently scheduled Case Management Conference.  In

7  the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully

8  request that the Court continue the currently scheduled Case Management Conference.

9    I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above

10  entitled action, and that the foregoing is true of my own knowledge.

11    Executed this 16th day of August, 2013, at San Francisco, California.

12    SALTZMAN & JOHNSON
     LAW CORPORATION

13

14    By: _____/S/_____
         Shivani Nanda

15         Attorneys for Plaintiffs

16  IT IS SO ORDERED.

17    The  currently  set  Case  Management  Conference  is  hereby  continued  to

18  _November 15, 2013_____  at  __1:30_____, and all previously set deadlines and

19  dates related to this case are continued accordingly.

20  Date: __August 16, 2013_____       _____
                                         HONORABLE JEFFREY S. WHITE

21                                       UNITED STATES DISTRICT COURT JUDGE

22

23

24

25

26

27

28

-2-
**REQUEST TO CONTINUE CMC**
**Case No.: C13-1065 JSW**

P:\CLIENTS\OE3CL\Legg, Inc\Pleadings\C13-1065 JSW - Request to Continue CMC 081613.doc