Michele R. Stafford, Esq. (SBN 172509)
Shivani Nanda, Esq. (SBN 253891)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Tel: (415) 882-7900
Facsimile: (415) 882-9287
mstafford@sjlawcorp.com
snanda@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F. G. CROSTHWAITE, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LEGG, INC., a California corporation; ROBERT PAUL LEGG II, an individual; and LEONARD ANTHONY D'ORAZIO *aka* SKIP D'ORAZIO, an individual,<br><br>　　　　　Defendants. | Case No.: C13-1065 JSW<br><br>**PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**<br><br>Date:　　　　August 23, 2013<br>Time:　　　　1:30 p.m.<br>Location:　　450 Golden Gate Ave.<br>　　　　　　　San Francisco<br>Courtroom:　11, 19th Floor,<br>Judge:　　　Honorable Jeffrey S. White |

　　　　Plaintiffs respectfully request that the Case Management Conference, currently on calendar for August 23, 2013, be continued for approximately 60 – 90 days. Good cause exists for the granting of the continuance, as follows:

　　　　1.　　As the Court's records will reflect, this action was filed on March 8, 2013.

　　　　2.　　The Court continued the previous Case Management Conference to allow for completion of service of process on Defendants, and for Defendants' response.

　　　　3.　　Since then, all Defendants were served and Proofs of Service were filed with the Court. [Dkt. #9, 10 and 12]. Defendants have failed to plead or otherwise defend or appear in this action to date, and the clerk entered Defendants' defaults on July 5, 2013. [Dkt. #15] The clerk's notice of default entry was duly served on Defendants, and a Proof of Service was filed with the Court on July 9, 2013. [Dkt. #16]

-2-

4. Plaintiffs' counsel recently discovered that Defendant Legg, Inc. is no longer in business, and are therefore evaluating and investigating whether to proceed with preparation of a Motion for Default Judgment.

5. Accordingly, Plaintiffs respectfully request that the Case Management Conference, currently scheduled for August 23, 2013, be continued for 60 - 90 days. There are no issues that need to be addressed by the parties at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Court continue the currently scheduled Case Management Conference.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 16th day of August, 2013, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION


By: _____/S/_____
Shivani Nanda
Attorneys for Plaintiffs

IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to __November 15, 2013__ at __1:30__, and all previously set deadlines and dates related to this case are continued accordingly.

Date: __August 16, 2013__

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

-2-
REQUEST TO CONTINUE CMC
Case No.: C13-1065 JSW

P:\CLIENTS\OE3CL\Legg, Inc\Pleadings\C13-1065 JSW - Request to Continue CMC 081613.doc