Michele R. Stafford, Esq. (SBN 172509)
Erica J. Russell, Esq. (SBN 274494)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Tel: (415) 882-7900
Facsimile: (415) 882-9287
mstafford@sjlawcorp.com
erussell@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| F. G. CROSTHWAITE, et al., | Case No.: C13-1065 JSW |
|---|---|
| Plaintiffs, | **PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** |
| v. | |
| LEGG, INC., a California corporation; ROBERT PAUL LEGG II, an individual; and LEONARD ANTHONY D'ORAZIO *aka* SKIP D'ORAZIO, an individual, | Date:      November 15, 2013<br>Time:      1:30 p.m.<br>Location:  450 Golden Gate Ave.<br>                San Francisco<br>Courtroom: 11, 19th Floor,<br>Judge:     Honorable Jeffrey S. White |
| Defendants. | |

Plaintiffs respectfully request that the Case Management Conference, currently on calendar for November 15, 2013, be continued for approximately sixty (60) to ninety (90) days. Good cause exists for the granting of the continuance, as follows:

1.  As the Court's records will reflect, this action was filed on March 8, 2013.

2.  The Court continued the previous Case Management Conference to allow time for Plaintiffs to evaluate and investigate whether to proceed with preparation of a Motion for Default Judgment after it was discovered that Defendant Legg, Inc. was no longer in business.

3.  Plaintiffs are in the process of preparing, and will file, a Motion for Default Judgment against Defendant for amounts owed for unpaid and late paid contributions.

4.  Accordingly, Plaintiffs respectfully request that the Case Management Conference, currently scheduled for November 15, 2013, be continued for sixty (60) to ninety (90) days, and/or

to be continued to coincide with the date to be set for the Motion for Default Judgment. There are no issues that need to be addressed by the parties at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Court continue the currently scheduled Case Management Conference.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 4th day of November 2013, at San Francisco, California.

                                SALTZMAN & JOHNSON
                                LAW CORPORATION

                        By: _____/S/_____
                              Erica J. Russell
                              Attorneys for Plaintiffs

IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to __February 28, 2014__ at __1:30 p.m.__, and all previously set deadlines and dates related to this case are continued accordingly.

Date: __November 8, 2013__               _____
                                      HONORABLE JEFFREY S. WHITE
                                      UNITED STATES DISTRICT COURT JUDGE