IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.G. CROSTHWAITE, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>LEGG INC., et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 13-01065 JSW<br><br>**ORDER OF REFERRAL AND VACATING HEARING AND CASE MANAGEMENT CONFERENCE** |

　　　　On January 17, 2014, Plaintiff filed a motion for default judgment, which is noticed for hearing on April 11, 2014. The Court VACATES that hearing, and it HEREBY REFERS the motion to a randomly assigned Magistrate Judge for the purpose of preparing a report and recommendation on the motion. *See* N.D. Civ. Local Rule 72-1. The Court VACATES the case management conference scheduled for February 28, 2014.

　　　　If the parties have not received an assignment to a Magistrate Judge within fourteen (14) days of the date of this Order, please contact this Court's Courtroom Deputy, Jennifer Ottolini, at 415-522-4173.

　　　　**IT IS SO ORDERED.**

Dated: January 17, 2014

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

cc: Magistrate referral clerk