<b>UNITED STATES DISTRICT COURT</b><br>
<b>For the Northern District of California</b>

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| F.G. CROSTHWAITE, et al., | No. C 13-01065 JSW (LB) |
|               Plaintiffs,<br>v. | **NOTICE OF REFERRAL AND HEARING DATE AND ORDER** |
| LEGG INC., et al., | [Re: ECF Nos. 23, 26] |
|               Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred Plaintiffs' motion for default judgment (ECF No. 23) to United States Magistrate Judge Laurel Beeler for a report and recommendation. Order of Reference, ECF No. 26. The hearing is set for **March 6, 2014, at 9:30 a.m.**, in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, California, 94102. **All opposition and reply papers shall be timely filed pursuant to Civil L. R. 7-3.** The parties must comply with the Federal Rules of Civil Procedure, the Local Rules of Civil Procedure, and Judge Laurel Beeler's standing order, which is attached.

Dated: January 17, 2014

_____
LAUREL BEELER
United States Magistrate Judge

NOTICE OF REFERRAL AND HEARING DATE
C 13-01065 JSW (LB)