Michele R. Stafford, Esq. (SBN 172509)
Erica J. Russell, Esq. (SBN 274494)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Tel: (415) 882-7900
Facsimile: (415) 882-9287
mstafford@sjlawcorp.com
erussell@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F. G. CROSTHWAITE, et al., | Case No.: C13-1065 JSW |
| Plaintiffs, | **PLAINTIFFS' REQUEST TO VACATE, OR IN THE ALTERNATIVE CONTINUE, CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** |
| v. | |
| LEGG, INC., a California corporation; ROBERT PAUL LEGG II, an individual; and LEONARD ANTHONY D'ORAZIO *aka* SKIP D'ORAZIO, an individual, | Date: February 28, 2014<br>Time: 1:30 p.m.<br>Location: 450 Golden Gate Ave.<br>San Francisco<br>Courtroom: 11, 19th Floor,<br>Judge: Honorable Jeffrey S. White |
| Defendants. | |

Plaintiffs respectfully request that the Case Management Conference, currently on calendar for February 28, 2014, be vacated, or in the alternative continued for thirty (30) days. Good cause exists to vacate, or continue, the Case Management Conference as follows:

1. As the Court's records will reflect, this action was filed on March 8, 2013.

2. The Court continued the previous Case Management Conference to allow time for Plaintiffs to file a Motion for Default Judgment.

3. Plaintiffs filed a Motion for Default Judgment against Defendants on January 17, 2014. The hearing on Plaintiffs' Motion is currently scheduled for March 6, 2014 before the Honorable Laura Beeler.

4. In light of Plaintiffs' pending Motion for Default Judgment, Plaintiffs respectfully request that the Case Management Conference scheduled for February 28, 2014, be vacated as

-1-
REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No.: C13-1065 JSW

P:\CLIENTS\OE3CL\Legg, Inc\Pleadings\Request to Vacate CMC 2-21-14.doc

there are no issues that need to be addressed by the parties. In the alternative, Plaintiffs respectfully request that the Case Management Conference be continued for thirty (30) days to follow the hearing on Plaintiffs' Motion for Default Judgment against Defendants.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 21st day of February 2014, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION

By: _____/S/_____
Erica J. Russell
Attorneys for Plaintiffs

IT IS SO ORDERED.

The currently set Case Management Conference is hereby vacated, and all previously set deadlines and dates related to this case are vacated. Alternatively, the Case Management Conference is hereby continued to __April 25, 2014__ at __11:00 a.m.__, and all previously set deadlines and dates related to this case are continued accordingly.

Date: __February 25, 2014__  _____Jeffrey S White_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE