United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

F.G. CROSTHWAITE, et al.,

    Plaintiffs,

v.

LEGG INC., et al.,

    Defendants.

No. C 13-01065 JSW

**AMENDED ORDER ADOPTING REPORT AND RECOMMENDATION GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

This matter comes before the Court upon consideration of the Report and Recommendation ("Report") prepared by Magistrate Judge Laurel Beeler, in which she recommends that the Court grant Plaintiffs' motion for default judgment against Defendants Legg, Inc. and Leonard Anthony D'Orazio. The deadline for filing objections to the Report has passed, and neither party has filed objections.

The Court has considered the Report, relevant legal authority, and the record in this case. The Court finds the Report thorough and well reasoned and adopts it in every respect. Accordingly, the Court grants Plaintiffs' motion for default judgment, and Plaintiffs are hereby awarded: (1) $71,711.75 in unpaid contributions, liquidated damages and interest; (2) $10,130.11 in post-litigation late paid contributions; (3) $11,783.50 in attorneys' fees; and (4) $669.55 in costs.

The Court shall issue a separate judgment, and the Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April 18, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE